UNITED STATES of America,
Plaintiff–Appellee,

v.

Melvin FLORES–ORTIZ, Defendant–
Appellant.

No. 14–10404.

United States Court of Appeals,
Ninth Circuit.

Submitted June 22, 2015.*

Field June 25, 2015.

Michael Richard Perez–Lizano, Esquire, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Dan W. Montgomery, Law Office of Dan Montgomery, Tucson, AZ, for Defendant–Appellant.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Melvin Flores–Ortiz appeals from the district court's judgment and challenges the 18–month sentence imposed following his guilty-plea conviction for attempted exportation of a firearm and magazines, in violation of 18 U.S.C. § 554. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Flores–Ortiz contends that he received ineffective assistance of counsel because his attorney failed properly to explain his plea deal. Contrary to Flores–Ortiz's contention, the record does not permit us to consider his ineffective assistance argument on direct appeal. *See United States v. Rahman,* 642 F.3d 1257, 1259–60 (9th Cir.2011) (this court reviews ineffective assistance claims on direct appeal only where the record is sufficiently developed or inadequate representation is obvious). Flores–Ortiz may pursue this claim through a motion under 28 U.S.C. § 2255.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

